IN the United States District Court

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 21 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

Jeralka Champion

vs

Cura Hospitality Elior Company
North

3:23-CV-3171-HTW-LGI

Civil Action NO
Charge No 423-2023-00952

## Complaint

Comes Now I Jeralka Champion was wrongfully terminated
from St. Catherines Employed thard Cura, Elior Hospitality

## Jurisdication

Manager sent Chef to tell me i was fired no reason no explantion he only said the dishroom wasn't working no control had communication from manager when called no answer, when text i'll text u back Manager previously told otheres including Chef she didn't like me put i never did anything to be fired over worked and had excellent attendance other employees have left or was fired due to Mrs Barnetts acts of discrimination, Upon leaving i contacted EEOC and Company with my complaints Worked also culled telling things she was saying even after i no longer was employed. Chef also told people she didn't like me and spoke terrible of me expected cause she did the same to another african american Chef Rodney who also no longer with company.

Plaintiff Jeralka Champion citizen of Jackson, Ms
Resident of Hinds Co. in Jackson, Ms state that all information
is true.

## Facts

Manager Emily Barnett previously spoke on other mangers and workers past and present showing unprofessional management or respect never gave me no knowledge of being out of a job then told me i would get vaction and sick time never recieved. This company owes me for pain loss of money time it took to find a job and wrongful determination of employment who process was wrong and unjustified.

## Relief

Respectfull sumbmitted Dec 21, 2023
Jeralka Champion